IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS THOMPSON,** **#B67474,**   Plaintiff,  v.  **KIMBERLY MARTIN,** *et al.*,   Defendants. | Case No. 22-cv-00436-SPM |

## MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

This matter is before the Court for case management purposes. Defendant Kimberly Martin returned an executed waiver of service of summons on September 26, 2022, and her Answer was due November 14, 2022. (Doc. 27). As of this date, Defendant Martin failed to move, answer, or otherwise plead in response to the Complaint. Plaintiff Thompson has filed a motion asking the Clerk to enter default against Defendant Martin. (Doc. 30). The motion is **GRANTED.**

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendant Martin in accordance with Federal Rule of Civil Procedure 55(a).

(2) Plaintiff is **ORDERED** to move for default judgment against Defendant Martin on or before **February 8, 2023,** in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendant Martin for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the

entry of default to Plaintiff and to Defendant Martin.

**IT IS SO ORDERED.**

**DATED: January 9, 2023**

                _s/Stephen P. McGlynn_
                **STEPHEN P. MCGLYNN**
                **United States District Judge**